IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VIRGINIA JOHNSON-GRUVER,
Individually and on behalf of others
similarly situated                                                                    PLAINTIFF

v.                               No. 3:22-cv-252-DPM

SELECT HOME WARRANTY, LLC                                        DEFENDANT

JUDGMENT

Johnson-Gruver's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 December 2022